UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:05-CR-128 |
| V. ) | (VARLAN/GUYTON) |
| ) | |
| JEFF HICKMAN, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

       This matter came before the Court on January 11, 2006, for a status conference. Special Assistant United States Attorney Brownlow Marsh was present representing the government. Attorney Patrick Phillips was present representing the defendant, Jeff Hickman. The defendant Jeff Hickman was also present. Patrick Phillips was appointed on this same date by the Court to represent the defendant Jeff Hickman.

       Counsel for Jeff Hickman made an oral motion to continue the trial of this matter. The government stated that it did not oppose the motion to continue the trial date and further, the government announced that it had filed a superseding indictment and was in the process of arranging service of the superseding indictment on the defendants in this case. Further, counsel for the government and counsel for Jeff Hickman advised that they would attempt to discuss potential new trial dates with counsel for the other defendants and advise the Court if said new trial date could be reached by agreement. Otherwise, the parties agreed that the new trial date and the arraignment on the superseding indictment could be conducted at the pretrial conference on this matter set for January 17, 2006 at 9:30 a.m. The Court advised the parties that the pretrial conference would be conducted by Magistrate Judge C. Clifford Shirley, Jr. in

Courtroom 3B.

Accordingly, the defendant Jeff Hickman's oral motion to continue the trial date is **GRANTED** and the parties are instructed to be prepared for arraignment on the superseding indictment and for scheduling of the new trial date at the pretrial conference on **January 17, 2006 at 9:30 a.m.**, before Magistrate Judge C. Clifford Shirley, Jr. in courtroom 3B.

**IT IS SO ORDERED.**

**ENTER**:


    s/ H. Bruce Guyton
United States Magistrate Judge