UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-128 |
| | ) | (PHILLIPS/GUYTON) |
| JEFF HICKMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The defendant, Jeff Hickman moves the Court [Doc. 118] to direct the clerk to issue subpoenas at no cost to the defendant, for the June 13, 2006 trial of this case for the following witness: Wanda Hunley. Movant relies on indigence.

The said Motion [Doc. 118] is **GRANTED**. Counsel for Jeff Hickman shall submit the subpoena forms to the clerk for issuance, at no cost to the defendant Jeff Hickman.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge