IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:05-CR-128 |
| ) | JUDGE PHILLIPS/GUYTON |
| DONALD HICKMAN, ) | |
| ANGELINA BRADLEY, HOWARD ) | |
| HICKMAN, JEFF HICKMAN, JASON ) | |
| FOSTER, JESSICA JAMES, WILLIAM ) | |
| DREW, and ADAM OGLE ) | |

## ORDER

Upon motion by the United States of America, and for good cause shown, it is hereby

ORDERED that the charged contained in the Indictment in the above-styled case are dismissed with prejudice as to defendant Jeff Hickman only.

ENTER:

_Thomas H. Phillips_
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE